# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT OWENSBORO

**ELIZABETH A.,**                                                                                                                         **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 4:22-cv-00142-JHM-HBB (*E-FILED*)**

**KILOLO KIJAKAZI, ACTING COMMISSIONER OF THE**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## JUDGMENT

Pursuant to Fed. R. Civ. P. 58, the Court hereby ENTERS JUDGMENT in favor of the Plaintiff, REVERSES the Commissioner's decision, and REMANDS this matter to the Agency for further proceedings, as authorized by sentence four of 42 U.S.C. § 405(g).

*[signature]*

Joseph H. McKinley Jr., Senior Judge
United States District Court

January 31, 2023

TENDERED BY:

Bert W. Coleman
Special Assistant United States Attorney
Office of the General Counsel, SSA
Office of Program Litigation - 4
6401 Security Blvd.
Baltimore, MD 21235
Phone: 816-936-5072
Bert.Coleman@ssa.gov